# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                            NO. 4:12-CR-00306-7 KGB

AMY DODD                                                          DEFENDANT

## ORDER

Before the Court is Sara F. Merritt's motion to withdraw as counsel of record for defendant Amy Dodd (Dkt. No. 172). For good cause shown, the motion is granted. Sara F. Merritt is no longer assigned as counsel of record for defendant Amy Dodd.

CJA Panel Member Robert B. Sloan is hereby appointed counsel for defendant Amy Dodd.

SO ORDERED this 23rd day of January, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE