IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:12-CR-00306-13-KGB |
| | ) | |
| RODNEY LYNN SPRADLIN | ) | |

**ORDER**

The government has filed a motion to revoke bond (docket entry no. 222), and the issue has been referred to the undersigned for disposition. The Clerk is directed to issue a summons for the defendant to appear on this motion. The summons should direct the defendant to appear on Friday, February 22, 2013, at 10:00 a.m.

IT IS SO ORDERED this __14__ day of February, 2013.

_____
UNITED STATES MAGISTRATE JUDGE