# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:12CR00306-11 KGB |
| | ) | |
| GARY WAYNE ALVY | ) | |

## ORDER

The government has filed a motion to revoke bond (docket entry no. 286), and the issue has been referred to the undersigned for disposition. The Clerk is directed to issue a summons for the defendant to appear on this motion. The summons should direct the defendant to appear on Thursday, April 25, 2013, at 9:30 a.m.

IT IS SO ORDERED this  23  day of April, 2013.

_____
UNITED STATES MAGISTRATE JUDGE