IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

v.                          No. 4:12CR00306-012 KGB

JEREMY GRADDEN PUTT                                                     DEFENDANT

## ORDER

Due to issues with the transportation of separate defendant Jeremy Gradden Putt, the change of plea hearing scheduled for 10:30 a.m. on Wednesday, May 29, 2013, is continued. The change of plea hearing for separate defendant Jeremy Gradden Putt is now set for **Tuesday, June 11, 2013, beginning at 1:30 p.m.**

Pursuant to Amended General Order No. 54, counsel for defendant is authorized to bring electronic device(s) to the courthouse for this proceeding.

IT IS SO ORDERED this 23rd day of May, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE