IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**   **PLAINTIFF**

v.   No. 4:12CR00306-015 KGB

**STEVEN LYNN GOODMAN**   **DEFENDANT**

## ORDER

On June 28, 2013, defendant Steven Lynn Goodman filed his Motion to Continue his change of plea hearing (Dkt. No. 317). The motion recites that the Assistant United States Attorney could not be reached regarding the request for continuance.

For good cause shown, this matter is removed from this Court's calendar and will be reset by amended notice.

SO ORDERED this 1st day of July, 2013.

_____
Kristine G. Baker
United States District Judge