# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 2 5 2013

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

UNITED STATES OF AMERICA

vs.                     CASE NO:    4:12CR00306-06 KGB
                                    Superseding Indictment

Terry Wayne Leggitt

## PLEA AND ARRAIGNMENT REPORT

Plea Date: _7/25/2013_          Deft is ____ is not ____ in custody
Continued Until:_____          √ Deft did not appear
Reason for continuance_____    √ Clerk to issue ~~warrant~~ Summons
_____  issue summons for Monday
                        COUNSEL  7/29/2013 @ 10:00
                                 Marshal can serve Father/Girlfriend
Assistant U. S. Attorney : **Anne E. Gardner**    if doesn't appear one + warrant
Defense Counsel: _**Nicole Lybrand**_      (Appointed / ~~Retained~~) presently
Interpreter's Name: _____                HDY 11/15/2013

---

### PLEA

TRIAL BEFORE DISTRICT COURT    )    CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty_____ )  Not Guilty_____)
Guilty (indicates desire)_____ )  Guilty_____)
Nolo Contendere (desire)_____ )  Nolo Contendere (_____)

____ _____Demands Trial by Jury           _____Waives Jury Trial
                                                   Deft agrees_____
                                                   Govt agrees_____

### BAIL
Bail Set at: _____ By: _____ Date: _____

Bail Changed to:_____ By:_____ Date:_____

Number of Days estimated for Trial: **3 days.**
Estimated Trial Date: **3/24/2014 @ 9:30 a.m., before the Honorable Judge Kristine G. Baker in Room 4C.  All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.**

Other:_____

DATE: _7/25/2013_     SO ORDERED: _____
                                   U.S. MAGISTRATE ~~JUDGE~~