**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**v.**                          **Case No. 4:12CR00306-07 KGB**

**AMY BETH DODD**                                                        **DEFENDANT**

                                **ORDER**

      Before the Court is defendant Amy Beth Dodd's motion for pre-plea presentence report (Dkt. No. 508). Ms. Dodd requests a pre-plea presentence report to inform her decision on how to proceed.

      Ms. Dodd currently is set to enter a plea in this case on February 27, 2014 (Dkt. No. 490), and that date has been set since the Court entered an order February 18, 2014. The proceeding at which Ms. Dodd was set to enter a plea is removed from the docket. The Court takes under advisement Ms. Dodd's request for a pre-plea presentence report.

      This is a multi-defendant case involving allegations of conspiracy to possess with intent to distribute methamphetamine. Trial in this matter currently is set for the week of March 24, 2014 (Dkt. No. 319), and that date has been set since the Court entered an order July 3, 2013. Ms. Dodd requests no continuance of the trial date in this matter, although she represents that she will waive any speedy trial time associated with the delay resulting from this request. Federal Rule of Criminal Procedure 32 and General Order No. 43 govern the preparation and disclosure of a presentence report. The Court takes Ms. Dodd's request for a pre-plea presentence report under advisement.

      IT IS SO ORDERED this 26th day of February, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE